UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCUMENTED,<br><br>           Plaintiffs,<br><br>    v.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-0167 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant U.S. Customs and Immigration Enforcement ("ICE"), by and through undersigned counsel, hereby moves for an extension of time, up to and including June 9, 2021, to file its response to Plaintiff's complaint in this Freedom of Information Act ("FOIA") litigation. Pursuant to Local Civil Rule 7(m), the parties have conferred, and Plaintiff, through counsel, consents to this relief.

Good cause exists to grant this motion. Although Plaintiff filed this Complaint in January, and the return of service indicates service upon the U.S. Attorney's Office on February 4, 2021 (ECF No. 3) with a response deadline of March 6, 2021, the service package was lost in transit and did not make its way to the Civil Division for assignment. As a result, undersigned only became aware of this matter last week when it was assigned to her. Following assignment of this matter, undersigned and counsel for Plaintiff conferred regarding Plaintiff's FOIA request and the next steps in the litigation. The parties agreed to continue to amicably confer regarding resolution of this matter. Moreover, undersigned needs additional time to confer with the agency regarding

ICE's response to the Complaint, and requests an additional thirty days to file its response, up to and including June 9, 2021.

Wherefore, this request is not made to delay proceedings and Plaintiff will not be prejudiced. A proposed order is enclosed herein.

| | |
|---|---|
| May 10, 2021 | Respectfully submitted, |
| | CHANNING D. PHILIPS, D.C. Bar No. 415793<br>Acting United States Attorney |
| | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| By: | /s/ *Brenda González Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov |
| | *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCUMENTED,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-0167 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

In light of Defendant's Consent Motion for Extension of Time and the entire record herein, it is hereby ORDERED that Defendant's Motion shall be GRANTED. It is FURTHER ORDERED that Defendant shall response to the Complaint on or before June 9, 2021.

SO ORDERED.

_____                           _____
Dated                                                      AMY BERMAN JACKSON
                                                                  United States District Judge