UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOCUMENTED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-0167 (JMC) |
| | ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 8, 2022, Minute Order, Plaintiff Documented and Defendant U.S. Immigration and Customs Enforcement ("ICE") hereby provide the Court with the following status of this Freedom of Information Act ("FOIA") litigation.

Since the filing of the last joint status report, the parties have come to an agreement in principle to resolve this matter without the need for further litigation. The parties are therefore in the process of formalizing their agreement and need additional time to finalize their agreement. Thus, the parties propose filing a joint status report by October 11, 2022, reporting on their progress if a stipulation of dismissal has not yet been filed. A proposed order is attached hereto.

Dated: August 9, 2022                Respectfully submitted,

                                     */s/ Deborah M. Golden*
                                     Deborah M. Golden, D.C. Bar #470578
                                     The Law Office of Deborah M. Golden
                                     700 Pennsylvania Ave. SE, 2nd Floor W
                                     Washington, D.C. 20003
                                     Telephone: (202) 630-0332
                                     dgolden@debgoldenlaw.com

                                     *Counsel for Plaintiff*

                                     MATTHEW M. GRAVES, D.C. Bar No.481052
                                     United States Attorney

                                     BRIAN P. HUDAK
                                     Chief, Civil Division

                         By:         */s/ Brenda González Horowitz*
                                     BRENDA GONZÁLEZ HOROWITZ
                                     D.C. Bar No. 1017243
                                     Assistant United States Attorney
                                     U.S. Attorney's Office, Civil Division
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 252-2512
                                     Brenda.Gonzalez.Horowitz@usdoj.gov

                                     *Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOCUMENTED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-0167 (JMC) |
| | ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

In light of the Parties' Joint Status Report, it is hereby ORDERED that the Parties shall file a status report on or before October 11, 2022, informing the Court as to the status of Plaintiff's FOIA request and proposing a schedule for further proceedings, if necessary.

It is SO ORDERED.

Dated

JIA M. COBB
United States District Judge